No. 1060, Misc. SANCHEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1100, Misc. JONES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1111, Misc. MOORE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 1126, Misc. LAWRENSON *v.* UNITED STATES FIDELITY & GUARANTY Co. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. George M. Radcliffe* for respondent.

No. 1263, Misc. CRAWFORD *v.* BANNAN, WARDEN, ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit and for other relief denied.

No. 1442, Misc. BUSCH *v.* CALIFORNIA. Application for stay and petition for writ of certiorari to the Supreme Court of California denied. *Al Matthews* for petitioner.